# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1547

_____

| | | |
|---|---|---|
| Kasib Tauheed Bilal, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Bruce E. Collins, Warden, Maximum | * | |
| Security Unit, Arkansas Department | * | |
| of Correction; Tom Pitts, Assistant | * | Appeal from the United States |
| Warden, Maximum Security Unit, | * | District Court for the Eastern |
| Arkansas Department of Correction; | * | District of Arkansas. |
| D. Wyatt, Sgt., Maximum Security | * | |
| Unit, Arkansas Department of | * | [UNPUBLISHED] |
| Correction; D. Heflin, Major, | * | |
| Maximum Security Unit, Arkansas | * | |
| Department of Correction; Engstrom, | * | |
| Mr., Mental Health Supervisor | * | |
| (originally sued as Mr. Enstrom), | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  June 2, 1999
Filed: June 9, 1999

_____

Before BEAM, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Kasib Tauheed Bilal appeals the district court's adverse judgment in Bilal's civil rights suit against prison officials. Having carefully reviewed the record and the parties' briefs, we conclude the evidence failed to show Edward Engstrom knowingly or recklessly disregarded a known risk to Bilal. Cf. Andrews v. Siegal, 929 F.2d 1326, 1327-31 (8th Cir. 1991) (prison officials not liable for attack by mentally ill inmate; although pre-incarceration examination concluded attacker had potential for violence, prison officials justifiably relied on professional judgment of prison psychiatrist that inmate no longer posed serious threat).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-